UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
FILE NO. 7:21-CV-28-D

| | |
|---|---|
| CHRISTINE MARIE PALAFOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER IS BEFORE THE COURT on the Plaintiff's motion to dismiss the above-captioned action, pursuant to Federal Rule of Civil Procedure 41(a)(2).

For good cause shown, and without objection from the Government, it is hereby ORDERED the motion is GRANTED. The above-captioned action is hereby DISMISSED WITHOUT PREJUDICE. Each party shall bear its own costs.

SO ORDERED. This the __23__ day of July, 2021.

JAMES C. DEVER III
United States District Judge